

# Fourth Court of Appeals
## San Antonio, Texas

May 6, 2019

Nos. 04-19-00254-CR, 04-19-00256-CR,
04-19-00257-CR & 04-19-00260-CR

John Gabriel **CASTILLO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court Nos. 2016CR10071, 2018CR0407, 2019CR2595 & 2019CR2598
The Honorable Stephanie R. Boyd, Judge Presiding

# O R D E R

The trial court's certification in each of these appeal states "this criminal case is a plea-bargain case, and the defendant has NO right of appeal." Each clerk's record contains a written plea bargain, and the punishment assessed did not exceed the punishment recommended by the prosecutor and agreed to by the defendant; Rule 25.2(a)(2) applies. *See* TEX. R. APP. P. 25.2(a)(2).

This court must dismiss an appeal "if a certification that shows the defendant has a right of appeal has not been made part of the record under these rules." *Id.* R. 25.2(d); *see Chavez v. State*, 183 S.W.3d 675, 680 (Tex. Crim. App. 2006).

We ORDER Appellant to cause an amended trial court certification to be filed in this court for each of these appeals within TWENTY days of the date of this order showing Appellant has the right of appeal. *See* TEX. R. APP. P. 25.2(d), 37.1; *see also Dears v. State*, 154 S.W.3d 610 (Tex. Crim. App. 2005); *Daniels v. State*, 110 S.W.3d 174 (Tex. App.—San Antonio 2003, no pet.). Each appeal for which an amended trial court certification is not filed as ordered will be dismissed. *See* TEX. R. APP. P. 25.2(d).

All other appellate deadlines are SUSPENDED pending further order of this court.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of May, 2019.



KEITH E. HOTTLE,
Clerk of Court